Case 05-77782    Doc 51    Filed 07/31/08    Entered 07/31/08 09:35:16    Desc Main
            Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RODERICK THOMPSON & TORA D. THOMPSON            Case Number: 05-77782
        3210 ADDISON AVENUE                SSN-xxx-xx-6570 & xxx-xx-2594
        ROCKFORD, IL  61102

                                                        Case filed on:     10/24/2005
                                                        Plan Confirmed on:  4/7/2006
                        P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,017.54        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 159.00 | 159.00 | 159.00 | 0.00 |
|  | Total Administration | 159.00 | 159.00 | 159.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | RODERICK THOMPSON | 0.00 | 0.00 | 634.91 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 634.91 | 0.00 |
| 001 | CITIZENS FINANCE | 2,343.13 | 2,336.00 | 2,336.00 | 258.34 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 73,365.22 | 0.00 | 0.00 | 0.00 |
| 003 | WFS FINANCIAL | 9,754.35 | 9,742.00 | 9,742.00 | 1,094.28 |
|  | Total Secured | 85,462.70 | 12,078.00 | 12,078.00 | 1,352.62 |
| 001 | CITIZENS FINANCE | 0.00 | 7.13 | 7.13 | 0.00 |
| 003 | WFS FINANCIAL | 0.00 | 12.35 | 12.35 | 0.00 |
| 004 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE INVESTMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 280.02 | 280.02 | 280.02 | 0.00 |
| 007 | CAVALRY INVESTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIBANK CUSTOMER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIRST NATIONAL BANK OF OMAHA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MERCHANTS CREDIT GUIDE CO. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | METRIS COMPANIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 1,048.73 | 1,048.73 | 1,048.73 | 0.00 |
| 014 | MUTUAL MANAGEMENT SERVICES | 2,157.42 | 2,157.42 | 2,157.42 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 1,580.30 | 1,580.30 | 1,580.30 | 0.00 |
| 016 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 114.79 | 114.79 | 114.79 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 57.68 | 57.68 | 57.68 | 0.00 |
|  | Total Unsecured | 5,238.94 | 5,258.42 | 5,258.42 | 0.00 |
|  | Grand Total: | 92,060.64 | 18,695.42 | 19,330.33 | 1,352.62 |

Total Paid Claimant:     $20,682.95
Trustee Allowance:        $1,334.59        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     100.00         discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 07/30/2008           By   /s/Heather M. Fagan